UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01886-KAS

BARBARA SPENCER and CRAIG SPENCER

      Plaintiffs,

v.

ALCHEMY CONCERT SYSTEMS, INC.

      Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT AND JURY DEMAND**

---

Defendant Alchemy Concert Systems, Inc. ("Alchemy"), by and through counsel, respectfully moves this Court to extend the deadline to answer or otherwise respond to the Complaint and Jury Demand [ECF No. 1] (the "Complaint") filed by Plaintiffs Barbara and Craig Spencer (together, the "Spencers" or "Plaintiffs") to and including fourteen days from the date of resolution of Alchemy's contemporaneously filed Motion for Award of Costs and Fees Pursuant to Fed. R. Civ. P. 41(d) (the "Rule 41 Motion") [ECF No. 11]. In support, Alchemy states as follows:

### Certification of Compliance with D.C.COLO.LCivR 7.1(a)

Counsel for Alchemy conferred with counsel for Plaintiffs regarding the relief sought in this Motion and states that Plaintiffs do not oppose the requested relief.

1. Plaintiffs' Complaint was filed on July 25, 2023.

2. On information and belief, Alchemy was served on August 2, 2023, although no return of service has yet been filed.

3. Alchemy's answer or other response to the Complaint is currently to be filed on or before August 23, 2023.

4. On August 22, 2023, Alchemy filed its Rule 41 Motion [ECF No. 11] pursuant to which it seeks fees and costs incurred in a previously filed and dismissed case involving identical claims by Plaintiffs against Alchemy.

5. Fed. R. Civ. P. 41(d)(2) permits this Court to "stay the proceedings until plaintiff has complied" with orders by the Court pursuant to Fed. R. Civ. P. 41(d).

6. Alchemy requests that this Court enlarge the time in which it is to respond to Plaintiffs' Complaint to and including fourteen days from the date Alchemy's Rule 41 Motion is fully and finally resolved, including payment of any such award that may be ordered by this Court pursuant to that Motion.

7. This is Alchemy's first request for an extension of time to answer or otherwise respond to Plaintiffs' Complaint and Jury Demand.

8. Alchemy submits that this Motion is filed in good faith, is not for purposes of delay, and does not prejudice any party.

WHEREFORE, Defendant Alchemy Concert Systems, Inc. respectfully requests that the Court extend the time in which it is to answer or otherwise respond to Plaintiffs' Complaint and Jury Demand to and including fourteen days after resolution of Alchemy's Rule 41 Motion.

DATED this 22nd day of August, 2023.

                                      Respectfully submitted,

                                      FORTIS LAW PARTNERS LLC

                                      *s/ Cara Thornton*
Cara Thornton, Atty. Reg. #34141
Fortis Law Partners LLC
1900 Wazee Street, Suite 300
Denver, CO 80202
Phone: (303) 295-9700
Fax: (303) 295-9701
cthornton@fortislawpartners.com
*Attorney for Defendant*

3

## CERTIFICATE OF SERVICE

   I hereby certify that on August 22, 2023, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT AND JURY DEMAND** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christopher D. Bryan
Macklin Henderson
GARFIELD & HECHT, P.C.
625 East Hyman Avenue, Suite 201
Aspen, Colorado 81611
Telephone: (970) 925-1936
cbryan@garfieldhecht.com
mhenderson@garfieldhecht.com
*Attorneys for Plaintiffs*

               *s/ Katie Witt*_____
               Katie Witt
               FORTIS LAW PARTNERS LLC