IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.:** 23-cv-01886-KAS-GPG

BARBARA SPENCER, and
CRAIG SPENCER, individuals

    Plaintiffs,

v.

ALCHEMY CONCERT SYSTEMS, LLC

    Defendant.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| */s/ Christopher D. Bryan* | */s/ Cara Thornton* |
| Christopher D. Bryan | Cara Thornton |
| Macklin Henderson | Fortis Law Partners LLC |
| Garfield & Hecht, P.C. | 1900 Wazee Street, Suite 300 |
| 625 East Hyman Avenue, Suite 201 | Denver, Colorado 80202 |
| Aspen, Colorado 81611 | (303) 295-9700 |
| (970) 925-1936 | cthornton@fortislawpartners.com |
| cbryan@garfieldhecht.com | *Attorneys for Defendant* |
| mhenderson@garfieldhecht.com | |
| *Attorneys for Plaintiffs* | |

**SO ORDERED**

2906025.2

2

Dated: 10/16/23

_____
Hon. Kathryn A. Starnella
United States Magistrate Judge

2906025.2