IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.: 23-cv-01886-GPG-KAS**

BARBARA SPENCER, and
CRAIG SPENCER, individuals

    Plaintiffs,

v.

ALCHEMY CONCERT SYSTEMS, LLC

    Defendant.

## AMENDED STATEMENT OF UNDISPUTED FACTS

Pursuant to the Court's order during the Rule 16(b) Scheduling Conference as memorialized in the Courtroom Minutes [Docket No. 25], Plaintiffs Barbara Spencer and Craig Spencer (collectively "Plaintiffs") and Defendant Alchemy Concert Systems, LLC ("Defendant"), by and through their respective counsel, hereby submit this supplement to Section 4 of the Scheduling Order entered by the Court on October 2, 2023 containing additional undisputed facts.

### 4. UNDISPUTED FACTS

- Plaintiffs are individuals who reside in Florida.
- Alchemy is a Colorado limited liability company.
- Plaintiffs are the parents of Arielle Spencer.

2909691.3

DATED at Denver, Colorado, this __19th__ day of October, 2023.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED:

| | |
|---|---|
| */s/ Christopher D. Bryan* | */s/ Cara Thornton* |
| Christopher D. Bryan | Cara Thornton |
| Macklin Henderson | Fortis Law Partners LLC |
| Garfield & Hecht, P.C. | 1900 Wazee Street, Suite 300 |
| 625 East Hyman Avenue, Suite 201 | Denver, Colorado 80202 |
| Aspen, Colorado 81611 | (303) 295-9700 |
| (970) 925-1936 | cthornton@fortislawpartners.com |
| cbryan@garfieldhecht.com | *Attorneys for Defendant* |
| mhenderson@garfieldhecht.com | |
| *Attorneys for Plaintiffs* | |

2

2909691.3