IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01886-GPG-KAS

BARBARA SPENCER, and
CRAIG SPENCER,

    Plaintiffs,

v.

ALCHEMY CONCERT SYSTEMS, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiffs' **Partially Unopposed Motion to Amend Scheduling Order to Extend Discovery Deadline** [#38] (the "Motion"). After conferral with the parties,

    IT IS HEREBY **ORDERED** that a Motion Hearing is **SET** for **May 10, 2024**, at **10:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.[1]

    Dated: April 20, 2024

---

[1] This Motion Hearing is set at the same time as the Motion Hearing on Plaintiffs' Motion to Quash Subpoena to Produce to Arielle Spencer [#48]. *See* [#51].