IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01886-GPG-KAS

BARBARA SPENCER, and
CRAIG SPENCER,

    Plaintiffs,

v.

ALCHEMY CONCERT SYSTEMS, LLC, a Colorado limited liability company,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the parties' **Notice of Settlement** [#56]. In light of the parties' settlement,

    IT IS HEREBY **ORDERED** that the Motion Hearing set for May 10, 2024, at 10:00 a.m. is **VACATED**.

    Dated: May 6, 2024